B. F. PACE, plaintiff in error, *vs.* B. M. WILKINSON, defendant in error.

Where a suit was brought upon a bond for titles, alleging a breach since the 1st of June, 1865 :

*Held*, That no affidavit of the payment of taxes under the Act of October 13th, 1870, is required.

Tax. Relief Act of 1870. Before Judge PARROTT. Dade Superior Court. May Term, 1871.

Pace averred, that, on the 9th of August, 1862, B. M. Wilkinson bought of Gwinn certain land, and took his bond for titles, upon payment of the purchase-money, which was to be due in December, 1863 ; B. M. Wilkinson assigned said bond to B. F. Wilkinson and one McKenzie, without having paid the purchase-money ; they assigned the bond to Tatum, and, in 1864, Tatum assigned it to him, saying that Gwinn had been paid and would make a deed upon demand. But in November, 1865, Gwinn obtained a judgment against B. M. Wilkinson for the unpaid purchase-money, a *fi. fa.* was issued and levied on said land, and plaintiff had to pay the judgment to protect the land. He prayed judgment against B. M. Wilkinson for the amount so paid out. Because plaintiff filed no affidavit that he had paid all taxes on said claim, the Court dismissed the cause. That is assigned as error.

E. D. GRAHAM ; D. A. WALKER, for plaintiff in error. The breach was after June, 1865.

JOSEPH GLENN, for defendant.

McCAY, Judge.

There clearly was no debt in existence, upon which taxes were due, until the bond was broken. This, it is alleged, was not until after June, 1865. This case turns on the principle decided at this term, in the case of *Sirrine vs. Southwestern Railroad Company,* and is controlled by it.

Judgment reversed.